UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

    Plaintiff,

        v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

No. 22 CV 3590 (JPO)

---

### DECLARATION OF DANA R. GREEN

I, Dana R. Green, under penalty of perjury, declare as follows:

1.      I am an attorney at The New York Times Company ("The Times") and counsel for Plaintiff in the above-named action. I make this Declaration from my own personal knowledge in support of Plaintiff's Cross-Motion for Summary Judgment and in opposition to Defendant's Motion for Summary Judgment.

2.      Attached as Exhibit 1 is a report by the State Department's Accountability Review Board published in June 2018 and declassified in October 2019. The report is also accessible here: https://tinyurl.com/5b8cm49d.

3.      Attached as Exhibit 2 is an article titled "Vienna Is the New Havana Syndrome Hot Spot," authored by reporter Adam Entous and published in The New Yorker on July 16, 2021. The article is also accessible here: https://tinyurl.com/duca36dc.

4.      Attached as Exhibit 3 is a report titled "Havana Syndrome: American Officials Under Attack," published by the Belfer Center for Science and International Affairs at the Harvard Kennedy School on November 4, 2021. The report is also accessible here: https://tinyurl.com/9hyvwyre.

1

5.  Attached as Exhibit 4 is a report titled "Acoustic Signals and Physiological Effects on U.S. Diplomats in Cuba," published by JASON in November 2018. The report is also accessible here: https://tinyurl.com/3m2pbn88.

6.  Attached as Exhibit 5 is a report titled "Cuba Unexplained Events Investigation," published by the Centers for Disease Control and Prevention on December 3, 2019. It is also accessible here: https://tinyurl.com/5n8cj7sp.

7.  Attached as Exhibit 6 is an executive summary from a report titled "Complementary Efforts on Anomalous Health Incidents," published by the Office of the Director of National Intelligence and the Central Intelligence Agency on February 2, 2022. It is also accessible here: https://tinyurl.com/yf7xcncb.

8.  Attached as Exhibit 7 is a transcript of remarks published by the State Department on November 5, 2021, titled "Secretary Antony J. Blinken On the Department's Health Incidents Response Task Force." It is also accessible here: https://tinyurl.com/ye9hcj8u.

9.  Attached as Exhibit 8 is a report titled, "*An Assessment of Illness in U.S. Government Employees and Their Families at Overseas Embassies*," published by the National Academies of Sciences, Engineering, and Medicine in 2020. It is also accessible here: https://doi.org/10.17226/25889.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 9th day of December, 2022.

_____

Dana R. Green

2