UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,
                Plaintiff,

        -v-

FEDERAL BUREAU OF INVESTIGATION,
                Defendant.

22-CV-3590 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In light of certain public disclosures in or around March 2023 regarding the causes of "Havana Syndrome,"[1] the parties are invited to submit letters by July 19, 2023, addressing whether and how such disclosures may affect the justiciability or the merits of this Freedom of Information Act matter.

SO ORDERED.

Dated: July 5, 2023
New York, New York

J. PAUL OETKEN
United States District Judge

---

[1] *E.g.*, DNI Statement on the Intelligence Community Assessment on AHIs (March 1, 2023), https://www.dni.gov/index.php/newsroom/press-releases/press-releases-2023/item/2361-dni-statement-on-the-intelligence-community-assessment-on-ahis; Shane Harris and John Hudson, "'Havana Syndrome' Not Caused by Energy Weapon Or Foreign Adversary, Intelligence Review Finds" (March 1, 2023), https://www.washingtonpost.com/national-security/2023/03/01/havana-syndrome-intelligence-report-weapon/.