**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
THE NEW YORK TIMES COMPANY,

                Plaintiff,

-against-                                  22 **CIVIL** 3590 (JPO)

                                                            **<u>JUDGMENT</u>**

FEDERAL BUREAU OF INVESTIGATION,

                Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 29, 2024, the FBI's motion for summary judgment is GRANTED in part and DENIED in part. The New York Times's motion for summary judgment is likewise GRANTED in part and DENIED in part; accordingly, the case is closed.

**Dated:** New York, New York

        January 29, 2024

                                                                       **RUBY J. KRAJICK**
                                                                      _____
                                                                         **Clerk of Court**

                                **BY:**      *K. Mango*
                                                                     _____
                                                                          **Deputy Clerk**